Frank L. Tobin CA Bar No. 166344
frank.tobin@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA 92122
Telephone: 858-652-3100
Facsimile: 858-652-3101

Attorneys for Defendant FLOWERS BAKING CO. OF HENDERSON, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID SCHATZ an individual,<br><br>Plaintiff,<br><br>v.<br><br>FLOWERS BAKING CO. OF HENDERSON, LLC, a Nevada limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 3:20-cv-00513-H-LL<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: August 9, 2021<br>Hearing Time: 10:30 a.m.<br>Courtroom: TBD<br><br>Complaint Filed: February 11, 2020<br>Trial Date: Not Set<br>District Judge: Hon. Marilyn L. Huff<br>Magistrate Judge: Hon. Linda Lopez |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on August 9, 2021 at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom TBD of the above-entitled Court, Defendant Flowers Baking Co. of Henderson, LLC ("Defendant") by and through its undersigned counsel, hereby moves this Court for summary judgment pursuant to Federal Rule of Civil Procedure 56. Defendant seeks summary judgment on every cause of action contained in Plaintiff David Schatz' ("Plaintiff") Complaint ("Complaint"). To the extent the Court is not inclined to grant summary judgment in its entirety, Defendant, in the alternative, moves for partial summary judgment on each of Plaintiff's claims pursuant to Federal Rule of Civil Procedure 56(a).

This Motion is based on the instant Notice of Motion and Motion, Memorandum of Points and Authorities, the Declaration Frank L. Tobin and exhibits thereto, the pleadings and papers on file herein, and any oral argument the Court may entertain on this Motion.

DATED: June 17, 2021

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Frank L. Tobin*
Frank L. Tobin
Attorneys for Defendant FLOWERS BAKING CO. OF HENDERSON, LLC

47525377_1.docx

1
Case No. 3:20-cv-00513-H-LL
DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 6, 2021.

By: */s/ Frank L. Tobin*
Frank L. Tobin

47525377.1

47525377_1.docx