Frank L. Tobin CA Bar No. 166344
frank.tobin@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA 92122
Telephone: 858-652-3100
Facsimile: 858-652-3101

Attorneys for Defendant FLOWERS BAKING CO. OF HENDERSON, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCHATZ an individual,<br><br>Plaintiff,<br><br>v.<br><br>FLOWERS BAKING CO. OF HENDERSON, LLC, a Nevada limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 3:20-cv-00513-H-LL<br><br>**DECLARATION OF FRANK L. TOBIN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: August 9, 2021<br>Hearing Time: 10:30 a.m.<br>Courtroom: TBD<br><br>Complaint Filed: February 11, 2020<br>Trial Date: Not Set<br>District Judge: Hon. Marilyn L. Huff<br>Magistrate Judge: Hon. Linda Lopez |

# DECLARATION OF FRANK L. TOBIN

I, Frank L. Tobin, declare and state:

1. I am an attorney licensed in the Southern District of California and all courts in the State of California and am a shareholder with the law firm of Ogletree, Deakins, Nash, Smoak and Stewart, P.C., counsel of record for Defendant FLOWERS BAKING CO. OF HENDERSON, LLC ("Defendant"). I submit this Declaration in support of Defendant's Motion for Summary Judgment, or in the alternative, Partial Summary Judgment.

2. Unless stated otherwise, the facts in this declaration are based on my personal knowledge, and if called and sworn as a witness, I could and would testify competently and truthfully to the matters stated herein.

3. Attached hereto as **Exhibit 1** a true and correct copy of a doctor's note dated January 9, 2019, which Plaintiff produced in discovery as Schatz – 000044.

4. Attached hereto as **Exhibit 2** a true and correct copy of a doctor's note dated February 4, 2019, which Plaintiff produced in discovery as Schatz – 000112-113.

5. Attached hereto as **Exhibit 3** a true and correct copy of emails dated March 7-8, 2019, which Defendant produced during discovery as FBCofH00286-289.

6. Attached to this declaration as **Exhibit 4** is a true and correct copy of Plaintiff's doctor's note dated March 8, 2019, which Defendant produced during discovery as FBCofH00169.

7. Attached as **Exhibit 5** is a true and correct copy of the Area Sales Director job description, which Defendant produced during discovery as FBCofH000075-77.

8. Attached hereto as **Exhibit 6** a true and correct copy of emails dated February 7 - March 8, 2019, which Defendant produced during discovery as FBCofH00280-285.

47360365_1.docx

1     Case No. 3:20-cv-00513-H-LL
DECLARATION OF FRANK L. TOBIN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

9. Attached to this declaration as **Exhibit 7** is a true and correct copy of Plaintiff's doctor's note dated April 1, 2019, which Defendant produced during discovery as FBCofH00166-167.

10. Attached to this declaration as **Exhibit 8** is a true and correct copy of Plaintiff's doctor's note dated April 3, 2019, which Defendant produced during discovery as FBCofH00163-165.

11. Attached as **Exhibit 9** a true and correct copy of a doctor's note dated April 9, 2019, which Plaintiff produced in discovery as Schatz – 000039.

12. Attached hereto as **Exhibit 10** a true and correct copy of emails dated May 2-23, 2019, which Defendant produced during discovery as FBCofH00271-272.

13. Attached as **Exhibit 11** a true and correct copy of a doctor's note dated July 11, 2019, which Plaintiff produced in discovery as Schatz – 000038.

14. Attached hereto as **Exhibit 12** are true and correct copies of emails dated May 2 – September 27, 2019, which Plaintiff produced in discovery as Schatz – 000141-144.

15. On January 19, 2021, I defended the deposition of Lillian Cass in this action. A certified copy of the transcript from that deposition is maintained by Ogletree Deakins in the normal course of business. Attached as **Exhibit 13** are true and correct copies of excerpts from the deposition transcript of Ms. Cass taken in this action on January 19, 2021.

16. Attached hereto as **Exhibit 14** is a true and correct copy of an email chain dated May 2 – June 27, 2019, which Defendant produced during discovery as FBCofH00273-276.

17. Attached hereto as **Exhibit 15** is a true and correct copy of an email dated September 25, 2019, which Defendant produced during discovery as FBCofH00277.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a letter to

Plaintiff dated September 25, 2019, which Defendant produced during discovery as FBCofH000144.

19. Attached as **Exhibit 17** is a true and correct copy of a doctor's note dated October 25, 2019, which Plaintiff produced in discovery as Schatz – 000036.

20. Attached as **Exhibit 18** is a true and correct copy of a doctor's note dated October 28, 2019, which Plaintiff produced in discovery as Schatz – 000035.

21. Attached hereto as **Exhibit 19** is true and correct copies of emails dated October 26 – 30, 2019, which Plaintiff produced in discovery as Schatz – 000083-85.

22. Attached hereto as **Exhibit 20** is a true and correct copy of the Territory Operations Specialist job description, which Defendant produced during discovery as FBCofH000078-79.

23. Attached hereto as **Exhibit 21** is a true and correct copy of an email dated November 25, 2019, which is bates labeled FBCofH00262.

24. Attached as **Exhibit 22** is a true and correct copy of a doctor's note dated December 5, 2019, which Plaintiff produced in discovery as Schatz – 000033.

25. Attached hereto as **Exhibit 23** is a true and correct copy of a resignation letter from Plaintiff dated December 20, 2019, which Defendant produced during discovery as FBCofH000081.

26. On January 22, 2021, I took the second volume of the deposition of Plaintiff David Schatz in this action. A certified copy of the transcript from that deposition is maintained by Ogletree Deakins in the normal course of business. Attached as **Exhibit 24** are true and correct copies of excerpts from the deposition transcript of Mr. Schatz taken in this action on January 22, 2021.

27. Attached as **Exhibit 25** is a true and correct copy of a doctor's note dated September 4, 2019, which was produced in discovery by Plaintiff's medical provider.

28. On January 19, 2021, I defended the deposition of Mia Rodriguez in this

action. A certified copy of the transcript from that deposition is maintained by Ogletree Deakins in the normal course of business. Attached as **Exhibit 26** are true and correct copies of excerpts from the deposition transcript of Mia Rodriguez taken in this action on January 19, 2021.

29. On January 7, 2021, I defended the deposition of Raul Olivas in this action. A certified copy of the transcript from that deposition is maintained by Ogletree Deakins in the normal course of business. Attached as **Exhibit 27** are true and correct copies of excerpts from the deposition transcript of Mr. Olivas taken in this action on January 7, 2021.

30. On January 7, 2021, I defended the deposition of Adrian Byers in this action. A certified copy of the transcript from that deposition is maintained by Ogletree Deakins in the normal course of business. Attached as **Exhibit 28** are true and correct copies of excerpts from the deposition transcript of Adrian Byers taken in this action on January 7, 2021.

31. Attached as **Exhibit 29** is a true and correct copy of an email dated October 21, 2015, which Plaintiff produced in discovery as Schatz – 000234.

32. Attached to this declaration as **Exhibit 30** is a true and correct copy of an email dated March 8, 2019, which Defendant produced during discovery as FBCofH000323.

33. Attached to this declaration as **Exhibit 31** is a true and correct copy of an email string dated October 26-28, 2019, which Defendant produced during discovery as FBCofH000311-313.

34. Attached to this declaration as **Exhibit 32** is a true and correct copy of an email chain dated October 31-November 1, 2019, which Defendant produced during discovery as FBCofH000292.

I declare under penalty of perjury under the laws of the State of California and

47360365_1.docx

the United States of America that the foregoing is true and correct, and that this declaration is executed on the 17th day of June 2021, at San Diego, California.

*/s/ Frank L. Tobin*
Frank L. Tobin

47360365_1.docx

5   Case No. 3:20-cv-00513-H-LL
DECLARATION OF FRANK L. TOBIN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 6, 2021.

By: */s/ Frank L. Tobin*
Frank L. Tobin

47360365.1