**EXHIBIT 1**



# Medical Excuse Form.

**Name:** SCHATZ, DAVID E.
**MRN#:** 3012837

**DOB:** 03/13/1962
**Gender:** M

**Note Owner:** CURT S. THOMAS DPM
**Specialty:** Podiatry
**Date of Encounter:** 01/09/2019

**Sharp Rees-Stealy Medical Group Medical Excuse Form**

DAVID SCHATZ was evaluated and treated on 01/09/2019.
He is medically excused from work/school.
Expected return to work/school without limits February 11 2019.

**Signatures**
Electronically signed by : CURT THOMAS, DPM; Jan 9 2019 2:03PM PST (Author)

This document is privileged and confidential, and is intended for those individuals personally involved in the care of individual patients who may be identifiable from this information. All other use or disclosure is strictly prohibited unless specifically and legally authorized.