**EXHIBIT 2**

# SHARP Rees-Stealy Medical Centers

Fax 6196441139   Feb  4 2019 04:41pm  P001/002

DATE: 2-4-19

TOTAL NUMBER OF PAGES (including Cover Page): _____

TO: _____

COMPANY: _____

FAX NUMBER: (858) 573-2767

TELEPHONE NUMBER: (___) _____

FROM ~~DAN~~ DR. THOMAS / Aurielle

FACILITY/DEPARTMENT: PODIATRY

FAX NUMBER: (619) 644-1139

TELEPHONE NUMBER: (619) 644-6750

COMMENTS: Attn: Ardena Coker

Please notify Sharp Rees-Stealy immediately if your fax number changes.

NOTICE: The information contained in this facsimile message may be privileged and confidential and is only for whom it was intended. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver the message to the intended recipient, the reader is hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If this communication has been received in error, please notify Sharp Rees-Stealy at the telephone number listed above immediately and destroy all information received.

IF INFORMATION BEING FAXED INCLUDES PATIENT MEDICAL RECORD DATA: This report is strictly confidential and is for the information of the individual or entity named above. No responsibility can be accepted if it is made available to any other person, including the patient. For certain patient records, confidentiality is protected by state and federal laws. These laws prohibit you from making any further disclosure without the specific written consent of the person to whom the information pertains or as otherwise permitted by law. A general authorization for the release of medical or other information is not sufficient for this purpose.

SRS version 11/2005

Schatz - 000112



EXHIBIT 5 Schatz

# SHARP® Rees-Stealy Medical Group

## Medical Excuse Form.

Name: SCHATZ, DAVID E.　　　DOB: 03/13/1962
MRN#: 3012837　　　Gender: M

Note Owner: CURT S. THOMAS DPM
Specialty: Podiatry
Date of Encounter: 02/04/2019

**Sharp Rees-Stealy Medical Group Medical Excuse Form**

DAVID SCHATZ was evaluated and treated on 02/04/2019.
He is medically excused from work/school.
He may return to work/school effective March 11, 2019.

**Signatures**
Electronically signed by : AURIELLE GRAY, ; Feb 4 2019 2:59PM PST (Co-participant)

*[signature]*

This document is privileged and confidential, and is intended for those individuals personally involved in the care of individual patients who may be identifiable from this information. All other use or disclosure is strictly prohibited unless specifically and legally authorized.