**EXHIBIT 3**

| From: | Dave and Shalli <schatz2413@gmail.com> |
|---|---|
| Sent: | Friday, March 8, 2019 3:21 PM |
| To: | Jennielyn Greenwood |
| Subject: | Re: Update of Physical Therapy |

**REMINDER:** Please do not click links or attachments from unknown senders. Report suspicious emails by clicking on the **"Report Phishing"** icon or forward to **phishalert@flocorp.com**.

Hi Jennielyn...
I understand Mia is in receipt of my restrictions determined by my doctors. Have you determined whether Flowers can accommodate these restrictions, or do I need to return when I am 100%? Please let me know today as I am scheduled to return this coming Monday.

Thank you...
Dave.

On Fri, Mar 8, 2019 at 11:57 AM Jennielyn Greenwood <Jennielyn.Greenwood@flocorp.com> wrote:

702.567.6451


**Jennielyn Greenwood**

Human Resources

Flowers Baking Co. of Henderson, LLC

501 Conestoga Way

Henderson, NV 89002

Office: 702.567.6401

Cell: 702.250.0735

Fax: 702.567.6451


**From:** Dave and Shalli <schatz2413@gmail.com>
**Sent:** Friday, March 8, 2019 11:10 AM
**To:** Jennielyn Greenwood <Jennielyn.Greenwood@flocorp.com>
**Subject:** Re: Update of Physical Therapy



EXHIBIT 7
Schatz

**REMINDER:** Please do not click links or attachments from unknown senders. Report suspicious emails by clicking on the **"Report Phishing"** icon or forward to phishalert@flocorp.com.

Hi again...

Which fax number would you like my doctors office to send the restrictions information to?

Dave

On Fri, Mar 8, 2019 at 9:50 AM Dave and Shalli <schatz2413@gmail.com> wrote:

Let me contact them now.

On Fri, Mar 8, 2019 at 9:43 AM Jennielyn Greenwood <Jennielyn.Greenwood@flocorp.com> wrote:

Hi Dave,

I apologize for the late response. You email somehow went to my junk mail instead of my inbox.

Do you have an updated note from your actual doctor? We will need to know what your restrictions are before we can determine if it is something we can accommodate.

Let me know if you have any questions or concerns.

Thank you!

**Jennielyn Greenwood**

Human Resources

Flowers Baking Co. of Henderson, LLC

501 Conestoga Way

Henderson, NV 89002

Office: 702.567.6401

Cell: 702.250.0735

Fax: 702.567.6451

**From:** Dave and Shalli <schatz2413@gmail.com>
**Sent:** Friday, March 8, 2019 7:46 AM
**To:** Jennielyn Greenwood <Jennielyn.Greenwood@flocorp.com>
**Subject:** Re: Update of Physical Therapy

> **REMINDER:** Please do not click links or attachments from unknown senders. Report suspicious emails by clicking on the **"Report Phishing"** icon or forward to **phishalert@flocorp.com**.

Good morning Jennielyn,

My physical therapist followed up with me late yesterday regarding restrictions on me returning to work. She needs to know whether or not we offer restricted duty. Is there a possibility we can find out today, because I am scheduled to return to work on Monday. My return would be based on restricted duty. What do we know at this time? Thank you again.

Dave.

On Thu, Mar 7, 2019 at 10:14 AM Dave and Shalli <schatz2413@gmail.com> wrote:

Hello Jennielyn...

I met with my Physical Therapist today. My Physical Therapist has requested I contact you and inquire about restricted duty. Would I be able to return to work on a part time basis? Meaning, work 2-3 hours a day to start. Eventually working up to full time. Would I be required to lift and spend most of my day on my feet as my position requires?

Does any of this sound like a possibility?

Thank you ...

3
CONFIDENTIAL                                                                                           FBCofH000288

Dave.

CONFIDENTIAL