**EXHIBIT 4**

# SHARP. Rees-Stealy Medical Group

## Medical Excuse Form.

**Name:** SCHATZ, DAVID E.    **DOB:** 03/13/1962
**MRN#:** 3012837    **Gender:** M

**Note Owner:** CURT S. THOMAS DPM
**Specialty:** Podiatry
**Date of Encounter:** 03/08/2019

**Sharp Rees-Stealy Medical Group Medical Excuse Form**

DAVID SCHATZ was evaluated and treated.
He may return to work/school with the limitations listed below effective 03/11/2019.
**Work/PE/Sports Limitations:**
No prolonged standing or walking
No kneeling or squatting
No repetitive climbing, bending or twisting
Sedentary work only
**Work/PE/Sports Limitations:** Patient is only able to work two hours a day until next evaluation.

**Signatures**
Electronically signed by : AURIELLE GRAY, ; Mar  8 2019 11:08AM PST (Co-participant)


EXHIBIT 10 Schatz

This document is privileged and confidential, and is intended for those individuals personally involved in the care of individual patients who may be identifiable from this information. All other use or disclosure is strictly prohibited unless specifically and legally authorized.