# EXHIBIT 5

# JOB DESCRIPTION

**POSITION TITLE:** Area Sales Director
**MAJOR DEPARTMENT:** Sales
**SUB-DEPARTMENT GROUP:** N/A
**REPORTS TO:** Market VP

## POSITION SUMMARY

Position is responsible for supporting Independent Distributors' (IDs) efforts to manage customer relationships, engage in sales activities, grow their customer base, seek new selling opportunities in the market, and track sales data. In this supportive role, Area Sales Directors will be responsible for developing recommended sales strategies to build sales, the customer base, and brand recognition. Area Sales Directors will spend the vast majority of their time personally interacting with customers and IDs in the market to complete these tasks. Area Sales Directors will work independently with minimal supervision.

Area Sales Directors will review and analyze pertinent sales and marketing data and provide updates and recommendations to IDs Market VP to discuss ways to improve customer relationships, increase selling opportunities, and enhance the business partner relationship with IDs.

## POSITION RESPONSIBILITIES/MAJOR DUTIES:

- Oversee general business operations and activities within assigned area; develop budget and market merchandising and advertising in partnership with the Business Units and Marketing for assigned area

- Exercise discretion and independent judgment in carrying out job duties

- In conjunction with IDs call on customers to promote additional sales and brand awareness

- Advise IDs on maintaining and developing relationships with customers

- Plan and maintain a schedule of regular key account visits to build rapport and generate increased sales

- Act as liaison between Flowers and IDs and assist IDs in their sales efforts and strategies

- Collaborate with Market VP and Distributor Enablement to analyze market and territory opportunities so that IDs can increase sales and grow territories

- Conduct weekly reviews with Market VP to monitor sales data and personal growth objectives


EXHIBIT 13
Schatz

- Interact with Field Marketing to stay current on consumer insights and adjust sales strategies accordingly

- Work with IDs on potential opportunities to acquire new customers

- Work with IDs on product promotions, displays, and other opportunities to build sales

- Track market conditions for customers

- Advise IDs on the effectiveness and frequency of in-store displays and other promotions and evaluate new ways to partner with IDs

- Ensure compliance with all company policies and procedures (EEO, Sexual Harassment, Sarbanes – Oxley, Safety, etc.)

- Perform other duties which are deemed to be an integral part of the position, including but not limited to fulfillment of work schedules, adherence to attendance policies, and other applicable operating rules, policies and procedures.

## ESSENTIAL JOB FUNCTIONS/REQUIREMENTS

| | |
|---|---|
| LICENSE | Valid state driver's license and safe driving record. Must be able to acquire and maintain a DOT Medical Card |
| MOBILITY | Physically capable of movement to and within all sales and manufacturing facilities, other company related facilities, community facilities and customer locations. Ability to frequently lift/carry products weighing approximately 25 lbs. as well as the ability to push/pull up to 50 pounds regularly. |
| MOBILITY | Physically capable of movement to and within all sales and manufacturing facilities, other company related facilities, community facilities and customer locations |
| SENSORY | Ability to view product and determine adherence to quality control standards (size, shape, color, cut, etc.) |
| COMMUNICATION | Ability to successfully build relationships with key accounts<br>Ability to communicate to cross-functional teams<br>Must possess excellent communication skills. |
| ATTENDANCE | Ability to attend work on a regular and consistent basis, working scheduled hours and overtime as needed. |

| OTHER | Proven track record of creating and executing sales strategies out in the market. Ability to successfully work independently. |

**DESIRED EXPERIENCE**

At least 5 years of relevant experience in general management or sales. Past experience as a sales rep, distributor, or other sales position required.

**DESIRED EDUCATION**

Bachelor's degree (preferably Sales or Business Administration) or equivalent experience