**EXHIBIT 6**

| From: | Kuykendall, Kisha (GB and WC Claims) <Kisha.Kuykendall@thehartford.com> |
|---|---|
| Sent: | Friday, March 8, 2019 3:36 PM |
| To: | Mia Rodriguez; Jennielyn Greenwood |
| Subject: | RE: Return to Work- David Schatz; EmpID# 00029904 [CONFIDENTIAL] |

**REMINDER:** Please do not click links or attachments from unknown senders. Report suspicious emails by clicking on the **"Report Phishing"** icon or forward to **phishalert@flocorp.com**.

Thank you for your review and this notice. I will reach out to David to advise and will follow up if his function for work improves before full duty.

Regards,

**KISHA KUYKENDALL, M.S., CRC**
Vocational Case Manager
GBC Clinical Operations



The Hartford Financial Services Group, Inc.
P.O. Box 14305
Lexington, KY 40512-4305
W: 800-549-6514 ext.:2305702
F: 877-853-9664
Kisha.Reyes@thehartford.com

www.thehartford.com
www.facebook.com/thehartford
www.twitter.com/thehartford

Business Insurance
Employee Benefits
Auto
Home

**The Hartford® is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.**

---

**From:** Mia Rodriguez [mailto:Mia.Rodriguez@flocorp.com]
**Sent:** Friday, March 08, 2019 6:23 PM
**To:** Kuykendall, Kisha (GB and WC Claims); Jennielyn Greenwood
**Subject:** RE: Return to Work- David Schatz; EmpID# 00029904 [CONFIDENTIAL]

Hi Kisha,

We have received the fax from his doctor with the updated restrictions, and unfortunately we will not be able to accommodate him at this time. He is restricted to sedentary work only for a maximum of 2 hours per day, and in his role and in his area the work involves being out in the field or working in the warehouse where he would need to be able to stand and walk.

If there is any additional information you need, please feel free to let us know.

Thank you,

Mia Rodriguez | Assistant HRBP
Flowers Baking Company of Henderson, LLC
501 Conestoga Way



EXHIBIT 8
Schatz

Henderson, NV 89002
Office: (702) 567-6452 | Cell: (503) 680-5859

**From:** Kuykendall, Kisha (GB and WC Claims) <Kisha.Kuykendall@thehartford.com>
**Sent:** Friday, March 8, 2019 1:37 PM
**To:** Mia Rodriguez <Mia.Rodriguez@flocorp.com>; Jennielyn Greenwood <Jennielyn.Greenwood@flocorp.com>
**Subject:** RE: Return to Work- David Schatz; EmpID# 00029904 [CONFIDENTIAL]

**REMINDER:** Please do not click links or attachments from unknown senders. Report suspicious emails by clicking on the **"Report Phishing"** icon or forward to **phishalert@flocorp.com**.

Hello Mia,

Just got off the phone with David. He indicated that he had the release faxed over to you and the doctor's office received a fax confirmation. Please let me know the status of his ability to return on Monday, 3/11.

Thank you,

**KISHA KUYKENDALL, M.S., CRC**
Vocational Case Manager
GBC Clinical Operations

The Hartford Financial Services Group, Inc.
P.O. Box 14305
Lexington, KY 40512-4305
W: 800-549-6514 ext.:2305702
F: 877-853-9664
Kisha.Reyes@thehartford.com

www.thehartford.com
www.facebook.com/thehartford
www.twitter.com/thehartford



Business Insurance
Employee Benefits
Auto
Home

**The Hartford® is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.**

---

**From:** Mia Rodriguez [mailto:Mia.Rodriguez@flocorp.com]
**Sent:** Friday, March 08, 2019 3:54 PM
**To:** Kuykendall, Kisha (GB and WC Claims); Jennielyn Greenwood
**Subject:** RE: Return to Work- David Schatz; EmpID# 00029904 [CONFIDENTIAL]

Thank you Kisha! I have provided our fax number to David as well so his doctor can send us the information directly.

**Mia Rodriguez | Assistant HRBP**
Flowers Baking Company of Henderson, LLC
501 Conestoga Way
Henderson, NV 89002
Office: (702) 567-6452 | Cell: (503) 680-5859

**From:** Kuykendall, Kisha (GB and WC Claims) <Kisha.Kuykendall@thehartford.com>
**Sent:** Friday, March 8, 2019 10:00 AM
**To:** Mia Rodriguez <Mia.Rodriguez@flocorp.com>; Jennielyn Greenwood <Jennielyn.Greenwood@flocorp.com>
**Subject:** RE: Return to Work- David Schatz; EmpID# 00029904 [CONFIDENTIAL]

REMINDER: Please do not click links or attachments from unknown senders. Report suspicious emails by clicking on the "Report Phishing" icon or forward to phishalert@flocorp.com.

Hello,

David just informed us of the part time shift restriction today. We do not have this on file. David is working to get this in. I will work with David to have him to send this in to you directly due to the time sensitive nature of his return on Monday.

Regards,

**KISHA KUYKENDALL, M.S., CRC**
Vocational Case Manager
GBC Clinical Operations



The Hartford Financial Services Group, Inc.
P.O. Box 14305
Lexington, KY 40512-4305
W: 800-549-6514 ext.:2305702
F: 877-853-9664
Kisha.Reyes@thehartford.com

Business Insurance
Employee Benefits
Auto
Home

www.thehartford.com
www.facebook.com/thehartford
www.twitter.com/thehartford

The Hartford® is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.

---

**From:** Mia Rodriguez [mailto:Mia.Rodriguez@flocorp.com]
**Sent:** Friday, March 08, 2019 12:56 PM
**To:** Kuykendall, Kisha (GB and WC Claims); Jennielyn Greenwood
**Subject:** RE: Return to Work- David Schatz; EmpID# 00029904 [CONFIDENTIAL]

Hi Kisha,

We would need to see his work restrictions provided by his doctor to determine if we can accommodate as we have not received those from his physician. In his position as Area Sales Director (Branch Sales Managers were converted to Area Sales Directors) they spend most of their time in the field traveling to different stores, meeting with various customers, and also moving product (lifting, pushing, pulling, etc.). David has reached out to see if we can accommodate him with restricted duty and also on a part time basis of working 2-3 hours per day, however he has not provided his specific restrictions. We have notified him that we would need to receive that information to determine if we can accommodate. I know you mentioned his restrictions below on your first email, however since those were placed a month ago we would need updated restrictions to make our determination.

Thank you,

**Mia Rodriguez | Assistant HRBP**
Flowers Baking Company of Henderson, LLC
501 Conestoga Way
Henderson, NV 89002
Office: (702) 567-6452 | Cell: (503) 680-5859

**From:** Kuykendall, Kisha (GB and WC Claims) <Kisha.Kuykendall@thehartford.com>
**Sent:** Thursday, March 7, 2019 2:49 PM
**To:** Jennielyn Greenwood <Jennielyn.Greenwood@flocorp.com>; Mia Rodriguez <Mia.Rodriguez@flocorp.com>
**Subject:** Re: Return to Work- David Schatz; EmpID# 00029904 [CONFIDENTIAL]

> **REMINDER:** Please do not click links or attachments from unknown senders. Report suspicious emails by clicking on the **"Report Phishing"** icon or forward to phishalert@flocorp.com.

Hello,

I am a Vocational Case Manager with the Short-Term Disability Carrier for David Schatz who works as a Branch Sales Manager; EmpID# 00029904.

As a final attempt, I am following up with the email sent 2/13/19. Please advise if an accommodation can be provided to assist Mr. Schatz to return to work on 3/11/19 and perform his job as a Branch Sales Manager within the restrictions provided; and if there is any alternative work that he can perform on a part time or full time basis if the accommodations cannot be made for his current position.

Thank you in advance for your time and attention to this matter.

Regards,

**KISHA KUYKENDALL, M.S., CRC**
Vocational Case Manager
GBC Clinical Operations



The Hartford Financial Services Group, Inc.
P.O. Box 14305
Lexington, KY 40512-4305
W: 800-549-6514 ext.:2305702
F: 877-853-9664
Kisha.Reyes@thehartford.com

THE HARTFORD

Business Insurance
Employee Benefits
Auto
Home

www.thehartford.com
www.facebook.com/thehartford
www.twitter.com/thehartford

The Hartford® is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.

---

**From:** Kuykendall, Kisha (GB and WC Claims)
**Sent:** Wednesday, February 13, 2019 4:18 PM
**To:** 'jennielyn.greenwood@flocorp.com'; 'mia.rodriguez@flocorp.com'
**Subject:** RE: Return to Work- David Schatz; EmpID# 00029904 [CONFIDENTIAL]

Hello,

I am a Vocational Case Manager with the Short-Term Disability Carrier for David Schatz who works as a Branch Sales Manager; EmpID# 00029904.

I am following up to advise that David's claim has been extended to 3/10/18 and his expected return to work date is 3/11/19 with the following abilities and restrictions: sit continuously; unable to continuously stand and walk; never bend, kneel, crouch, climb, balance; constantly finger, handle and reach. Estimated duration of restrictions is 4 weeks.

Please advise if an accommodation can be provided to assist Mr. Schatz to perform his job as a Branch Sales Manager within the restrictions provided and if there is any alternative work that he can perform on a part time or full time basis if the accommodations cannot be made for his current position.

Thank you in advance for your time and attention to this matter.

Regards,

**KISHA KUYKENDALL, M.S., CRC**
Vocational Case Manager
GBC Clinical Operations



The Hartford Financial Services Group, Inc.
P.O. Box 14305
Lexington, KY 40512-4305
W: 800-549-6514 ext.:2305702
F: 877-853-9664
Kisha.Reyes@thehartford.com

THE HARTFORD

Business Insurance
Employee Benefits
Auto
Home

www.thehartford.com
www.facebook.com/thehartford
www.twitter.com/thehartford

**The Hartford® is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.**

---

**From:** Kuykendall, Kisha (GB and WC Claims)
**Sent:** Thursday, February 07, 2019 4:27 PM
**To:** 'jennielyn.greenwood@flocorp.com'; 'mia.rodriguez@flocorp.com'
**Subject:** Return to Work- David Schatz; EmpID# 00029904 [CONFIDENTIAL]

Hello,

I am a Vocational Case Manager with the Short-Term Disability Carrier for David Schatz who works as a Branch Sales Manager; EmpID# 00029904.

Mr. Schatz currently has the following abilities and restrictions: sit continuously; unable to continuously stand and walk; never bend, kneel, crouch, climb, balance; constantly finger, handle and reach. Estimated duration of restrictions is 4 weeks.

Please advise if an accommodation can be provided to assist Mr. Schatz to perform his job as a Branch Sales Manager within the restrictions provided and if there is any alternative work that he can perform on a part time or full time basis if the accommodations cannot be made for his current position.

I look forward to hearing from you regarding our ability to coordinate efforts in assisting this employee back to safe and productive work. Thank you in advance for your time and consideration.

Regards,

**KISHA KUYKENDALL, M.S., CRC**
Vocational Case Manager
GBC Clinical Operations



The Hartford Financial Services Group, Inc.
P.O. Box 14305
Lexington, KY 40512-4305
W: 800-549-6514 ext.:2305702
F: 877-853-9664
Kisha.Reyes@thehartford.com

www.thehartford.com
www.facebook.com/thehartford
www.twitter.com/thehartford

Business Insurance
Employee Benefits
Auto
Home

**The Hartford® is underwriting companies Hartford Life and Accident Insurance Company and Hartford Life Insurance Company.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*