**EXHIBIT 7**

# SHARP. Rees-Stealy Medical Centers

DATE: 4/02/19

TOTAL NUMBER OF PAGES (Including Cover Page): 2

TO: Mia Rodriguez or Jennielyn

COMPANY: _____

FAX NUMBER: (702) 563 6451

TELEPHONE NUMBER: (___) _____

FROM: Dr Thomas

FACILITY/DEPARTMENT: _____

FAX NUMBER: (619) 644 1139

TELEPHONE NUMBER: (619) 644 6750

COMMENTS: David Schatz

EXHIBIT 14 Schatz

Please notify Sharp Rees-Stealy immediately if your fax number changes.

NOTICE: The information contained in this facsimile message may be privileged and confidential and is only for whom it was intended. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver the message to the intended recipient, the reader is hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If this communication has been received in error, please notify Sharp Rees-Stealy at the telephone number listed above immediately and destroy all information received.

IF INFORMATION BEING FAXED INCLUDES PATIENT MEDICAL RECORD DATA: This report is strictly confidential and is for the information of the individual or entity named above. No responsibility can be accepted if it is made available to any other person, including the patient. For certain patient records, confidentiality is protected by state and federal laws. These laws prohibit you from making any further disclosure without the specific written consent of the person to whom the information pertains or as otherwise permitted by law. A general authorization for the release of medical or other information is not sufficient for this purpose.



# Medical Excuse Form.

**Name:** SCHATZ, DAVID E.  
**MRN#:** 3012837  
**DOB:** 03/13/1962  
**Gender:** M

**Note Owner:** CURT S. THOMAS DPM  
**Specialty:** Podiatry  
**Date of Encounter:** 04/01/2019

**Sharp Rees-Stealy Medical Group Medical Excuse Form**

He is medically excused from work/school effective 05/29/2019.
Expected return to work/school without limits 09/25/2019.
**Work/School Comments:** Pt is going to have a Surgical Revision of his Right Foot on May 29, 2019.

**Signatures**
Electronically signed by : DANIEL SAMANIEGO, ; Apr 2 2019 5:44AM PST (Co-participant)
Electronically signed by : CURT THOMAS, DPM; Apr 2 2019 8:23AM PST (Author)

This document is privileged and confidential, and is intended for those individuals personally involved in the care of individual patients who may be identifiable from this information. All other use or disclosure is strictly prohibited unless specifically and legally authorized.