**EXHIBIT 8**

# SHARP Rees-Stealy Medical Centers

DATE: 04/04/19

TOTAL NUMBER OF PAGES (Including Cover Page): 2

TO: Wm Rodriguez and Jennelyn Greenwood

COMPANY: _____

FAX NUMBER: (702) 567 6451

TELEPHONE NUMBER: (___) _____

FROM: Curt Thomas, D.P.M.
~~LM Podiatry~~

FACILITY/DEPARTMENT: Sharp Rees-Stealy
5525 Grossmont Center Dr.
La Mesa, CA 91944-9012

FAX NUMBER: (619) 644 [illegible]

TELEPHONE NUMBER: (619) 6446750

COMMENTS: David Schwartz Medical Excuse

EXHIBIT
15
Schatz

Please notify Sharp Rees-Stealy immediately if your fax number changes.

NOTICE: The information contained in this facsimile message may be privileged and confidential and is only for whom it was intended. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver the message to the intended recipient, the reader is hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If this communication has been received in error, please notify Sharp Rees-Stealy at the telephone number listed above immediately and destroy all information received.

IF INFORMATION BEING FAXED INCLUDES PATIENT MEDICAL RECORD DATA: This report is strictly confidential and is for the information of the individual or entity named above. No responsibility can be accepted if it is made available to any other person, including the patient. For certain patient records, confidentiality is protected by state and federal laws. These laws prohibit you from making any further disclosure without the specific written consent of the person to whom the information pertains or as otherwise permitted by law. A general authorization for the release of medical or other information is not sufficient for this purpose.

SRS Version I 12/2018

CONFIDENTIAL                                    FBCofH000163



# SHARP. Rees-Stealy Medical Group

## Medical Excuse Form.

Name: SCHATZ, DAVID E.  
MRN#: 3012837  
DOB: 03/13/1962  
Gender: M

Note Owner: CURT S. THOMAS DPM  
Specialty: Podiatry  
Date of Encounter: 04/03/2019

**Sharp Rees-Stealy Medical Group Medical Excuse Form**

DAVID SCHATZ was evaluated and treated 03/08/2019.

Expected return to work/school without limits 09/25/2019.  
He may return to work/school with the limitations listed below effective 03/11/2019.  
**Work/PE/Sports Limitations:**  
No prolonged standing or walking  
No kneeling or squatting  
No repetitive climbing, bending or twisting  
Sedentary work only

**Signatures**  
Electronically signed by : DANIEL SAMANIEGO, ; Apr 4 2019 6:08AM PST (Co-participant)  
Electronically signed by : CURT THOMAS, DPM; Apr 4 2019 7:43AM PST (Author)

This document is privileged and confidential, and is intended for those individuals personally involved in the care of individual patients who may be identifiable from this information. All other use or disclosure is strictly prohibited unless specifically and legally authorized.

## HP Officejet Pro 8610 Series

**Fax Log for**
FBC of Henderson HR Dept
7025676451
Apr 03 2019 5:47PM

### Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|------------|----------|-------|--------|
|      |      |      |            | Digital Fax |    |        |
| Apr 3 | 5:45PM | Fax Sent | 97024867987 | 2:08 N/A | 1 | OK |