# EXHIBIT 10

| From: | Dave and Shalli <schatz2413@gmail.com> |
|---|---|
| Sent: | Thursday, May 23, 2019 11:07 AM |
| To: | Mia Rodriguez |
| Cc: | Jennielyn Greenwood |
| Subject: | Re: Leave Status Update |

**REMINDER:** Please do not click links or attachments from unknown senders. Report suspicious emails by clicking on the **"Report Phishing"** icon or forward to **phishalert@flocorp.com**.

Hello Mia…

Thank you for the reminder. I understand my status changes to inactive due to my upcoming surgery revision and the timetable required for recovery. I cannot stress enough my intentions to return to work after my recovery.

Talk to you soon…

Dave

> On May 22, 2019, at 12:25 PM, Mia Rodriguez <Mia.Rodriguez@flocorp.com> wrote:
>
> Hi Dave,
>
> I just wanted to send a reminder of your upcoming change to inactive status that will take effect this Sunday 05/26/19. I also wanted to remind you that your Hartford benefits ended on 05/21/19, so you will receive a check next week for Monday and Tuesday of this week.
>
> Should you have any questions or concerns, please feel free to let me know.
>
> Thanks!
>
> **Mia Rodriguez | HR Business Partner**
> Flowers Baking Company of Henderson, LLC
> 501 Conestoga Way
> Henderson, NV 89002
> Office: (702) 567-6452 | Cell: (503) 680-5859
>
> **From:** Dave and Shalli <schatz2413@gmail.com>
> **Sent:** Friday, May 3, 2019 7:52 AM
> **To:** Mia Rodriguez <Mia.Rodriguez@flocorp.com>
> **Cc:** Jennielyn Greenwood <Jennielyn.Greenwood@flocorp.com>
> **Subject:** Re: Leave Status Update
> **Importance:** High
>
> **REMINDER:** Please do not click links or attachments from unknown senders. Report suspicious emails by clicking on the **"Report Phishing"** icon or forward to **phishalert@flocorp.com**.
>
> Good morning Mia…

EXHIBIT 18 Schatz

Thank you for reaching out to me with the process to move forward. I would like everyone to know that I love working for Flowers Foods, and it is my intention top return to work. As you know my recent surgery was unsuccessful, and due to complications, a second surgery is required.

I will be in touch on a timely basis per your email.

Thank you again...

Dave

On May 2, 2019, at 2:46 PM, Mia Rodriguez <Mia.Rodriguez@flocorp.com> wrote:

Hi Dave,

I wanted to reach out because you are coming up on your 6-month mark under your approved medical leave, so I wanted to make you aware that your employment status with us will change at that time. Your employment will not be terminated; you will be placed in an inactive medical leave status effective **05/26/2019**. All compensation and benefits will cease. However, if you elected to purchase Long-Term Disability coverage (LTD), your LTD benefits may begin at this time, if approved pending your claim filing. To maintain medical leave status, you must contact the Human Resources Department on or before the 10th day of each month commencing with the 7th month of the leave regarding your intent to remain on leave status. Failure to do so will be deemed voluntary resignation of employment.

If you have any questions, please feel free to contact me.

Thank you,

**Mia Rodriguez | HR Business Partner**
Flowers Baking Company of Henderson, LLC
501 Conestoga Way
Henderson, NV 89002
Office: (702) 567-6452 | Cell: (503) 680-5859

2
CONFIDENTIAL                                          FBCofH000272