**EXHIBIT 11**



# SHARP Rees-Stealy Medical Group

## Medical Excuse Form.

**Name:** SCHATZ, DAVID E.     **DOB:** 03/13/1962
**MRN#:** 3012837     **Gender:** M

**Note Owner:** CURT S. THOMAS DPM
**Specialty:** Podiatry
**Date of Encounter:** 07/11/2019

### Sharp Rees-Stealy Medical Group Medical Excuse Form

DAVID SCHATZ was evaluated and treated on 07/11/2019.
He is medically excused from work/school.
He may return to work/school effective 09/30/2019.

### Signatures
Electronically signed by : CURT THOMAS, DPM; Jul 11 2019 12:08PM PST (Author)

This document is privileged and confidential, and is intended for those individuals personally involved in the care of individual patients who may be identifiable from this information. All other use or disclosure is strictly prohibited unless specifically and legally authorized.