**EXHIBIT 12**

Hi Dave,

If you could please keep us updated regarding your status, it would be much appreciated. Once you are able to return back to work, we will need a release notice from your doctor indicating you are released to return to work with an effective date. I wish you a speedy recovery as well and please rest up and take care of yourself.

----------

From: **Dave and Shalli** <schatz2413@gmail.com>
Date: Thu, Jun 27, 2019 at 9:45 AM
To: Mia Rodriguez <Mia.Rodriguez@flocorp.com>

I am recovering as fast as humanly possible. I enjoy my career at Flowers Foods and do not want to lose my job. I will update immediately after my doctors appointment on July 11th.

Dave

----------

From: **Dave and Shalli** <schatz2413@gmail.com>
Date: Tue, Jul 2, 2019 at 9:34 AM
To: Mia Rodriguez <Mia.Rodriguez@flocorp.com>
Cc: Jennielyn Greenwood <Jennielyn.Greenwood@flocorp.com>

Good morning Mia and Jennielyn...
Per your instructions, I am letting you know it is my desire and intention to return to FBCH upon my doctors release.

Thank you...
Dave

----------

From: **Mia Rodriguez** <Mia.Rodriguez@flocorp.com>
Date: Tue, Jul 2, 2019 at 9:35 AM
To: Dave and Shalli <schatz2413@gmail.com>
Cc: Jennielyn Greenwood <Jennielyn.Greenwood@flocorp.com>

Thank you Dave!

----------

From: **Dave and Shalli** <schatz2413@gmail.com>
Date: Fri, Jul 12, 2019 at 8:17 AM
To: Mia Rodriguez <Mia.Rodriguez@flocorp.com>
Cc: Jennielyn Greenwood <Jennielyn.Greenwood@flocorp.com>

Good morning Mia...


EXHIBIT 20 Schatz

I met with Dr. Thomas yesterday to follow up on my latest surgery. I have attached the current Medical Excuse Form for your records.

I do not want to jeopardize my career with Flowers Foods. You mentioned at the one year mark you would move forward with termination. Please give me the very last date that I can return to work and keep my job.

Thank you...

Dave

----------

From: **Mia Rodriguez** <Mia.Rodriguez@flocorp.com>
Date: Fri, Jul 12, 2019 at 11:11 AM
To: Dave and Shalli <schatz2413@gmail.com>
Cc: Jennielyn Greenwood <Jennielyn.Greenwood@flocorp.com>

Hi Dave,

Thank you for the follow-up and providing this documentation, I hope you're doing well. Your inactive effective date was 05/26/19, so if you do not return by 05/26/20, at that point we would move forward with voluntary separation. I will let your manager know about your update and tentative return date of 09/30/19 per your most recent visit.

If you need anything from us or have any questions, please feel free to let us know.

Thanks!

**Mia Rodriguez | HR Business Partner**

**Flowers Baking Company of Henderson, LLC**

601 Conestoga Way

Henderson, NV 89002

Office: (702) 567-6452 | Cell: (503) 680-5859


From: Dave and Shalli <schatz2413@gmail.com>
Sent: Friday, July 12, 2019 8:18 AM
To: Mia Rodriguez <Mia.Rodriguez@flocorp.com>
Cc: Jennielyn Greenwood <Jennielyn.Greenwood@flocorp.com>
Subject: Re: Leave Status Update

> **REMINDER:** Please do not click links or attachments from unknown senders. Report suspicious emails by clicking on the **"Report Phishing"** icon or forward to phishalert@flocorp.com.

---

From: **Dave and Shalli** <schatz2413@gmail.com>
Date: Thu, Aug 1, 2019 at 4:33 PM
To: Mia Rodriguez <Mia.Rodriguez@flocorp.com>

Hello again Mia...
The intent of this email is to let you know I do plan on returning to work just as soon as my doctor releases me. My career at Flowers Baking Co. of Henderson is important to me and I want to come back. My next appoint with Dr. Thomas is mid-August. I will know at that time. Thank you.

Please confirm receipt of this email. Thank you again.

Dave

---

From: **Mia Rodriguez** <Mia.Rodriguez@flocorp.com>
Date: Thu, Aug 1, 2019 at 4:41 PM
To: Dave and Shalli <schatz2413@gmail.com>

Hi Dave,

Thank you for the follow-up! I hope you're doing well and get some good news at your next appointment.

Please feel free to let me know if you need anything from us.

---

From: **Dave and Shalli** <schatz2413@gmail.com>
Date: Thu, Aug 1, 2019 at 4:42 PM
To: Mia Rodriguez <Mia.Rodriguez@flocorp.com>

Thank you.

---

From: **Dave and Shalli** <schatz2413@gmail.com>
Date: Thu, Aug 15, 2019 at 8:30 AM
To: Mia Rodriguez <Mia.Rodriguez@flocorp.com>

Good morning Mia...
Yesterday I met with Dr. Thomas to review my progress. I have attached the latest Medical Excuse. I will have another minor procedure next Friday August 23rd. More information as it becomes available. I look forward to my tentative return at the end of September.

Have a great day...

Dave

----------

From: **Mia Rodriguez** <Mia.Rodriguez@flocorp.com>
Date: Thu, Aug 15, 2019 at 9:15 AM
To: Dave and Shalli <schatz2413@gmail.com>

Good morning Dave,

Thank you for this update! I hope your procedure goes well next week!

If there's anything you need from us, please feel free to let me know.

----------

From: **Dave and Shalli** <schatz2413@gmail.com>
Date: Fri, Sep 27, 2019 at 11:28 AM
To: <tim.keegan@ceartaslegal.com>

# Forwarded Conversation
**Subject: Leave Status Update**
------------------------

From: **Mia Rodriguez** <Mia.Rodriguez@flocorp.com>
Date: Thu, May 2, 2019 at 2:46 PM
To: Dave and Shalli <schatz2413@gmail.com>
Cc: Jennielyn Greenwood <Jennielyn.Greenwood@flocorp.com>

Hi Dave,

I wanted to reach out because you are coming up on your 6-month mark under your approved medical leave, so I wanted to make you aware that your employment status with us will change at that time. Your employment will not be terminated; you will be placed in an Inactive medical leave status effective **05/26/2019**. All compensation and benefits will cease. However, if you elected to purchase Long-Term Disability coverage (LTD), your LTD benefits may begin at this time, if approved pending your claim filing. To maintain medical leave status, you must contact the Human Resources Department on or before the 10th day of each month commencing with the 7th month of the leave regarding your intent to remain on leave status. Failure to do so will be deemed voluntary resignation of employment.

If you have any questions, please feel free to contact me.

Schatz - 000144