**EXHIBIT I**

| From: | Dave and Shalli <schatz2413@gmail.com> |
|---|---|
| Sent: | Thursday, June 27, 2019 9:45 AM |
| To: | Mia Rodriguez |
| Subject: | Re: Leave Status Update |

**REMINDER:** Please do not click links or attachments from unknown senders. Report suspicious emails by clicking on the **"Report Phishing"** icon or forward to **phishalert@flocorp.com**.

I am recovering as fast as humanly possible. I enjoy my career at Flowers Foods and do not want to lose my job. I will update immediately after my doctors appointment on July 11th.

Dave

> On Jun 26, 2019, at 6:17 PM, Mia Rodriguez <Mia.Rodriguez@flocorp.com> wrote:
>
> Hi Dave,
>
> If you could please keep us updated regarding your status, it would be much appreciated. Once you are able to return back to work, we will need a release notice from your doctor indicating you are released to return to work with an effective date. I wish you a speedy recovery as well and please rest up and take care of yourself.
>
> Thank you,
>
> **Mia Rodriguez | HR Business Partner**
> Flowers Baking Company of Henderson, LLC
> 501 Conestoga Way
> Henderson, NV 89002
> Office: (702) 567-6452 | Cell: (503) 680-5859
>
> **From:** Dave and Shalli <schatz2413@gmail.com>
> **Sent:** Wednesday, June 26, 2019 4:40 PM
> **To:** Mia Rodriguez <Mia.Rodriguez@flocorp.com>
> **Subject:** Re: Leave Status Update
>
> **REMINDER:** Please do not click links or attachments from unknown senders. Report suspicious emails by clicking on the **"Report Phishing"** icon or forward to **phishalert@flocorp.com**.
>
> I was not aware that my position would be given away. I am praying that my recovery is quick. I see my doctor again on July 11th. I will know more at that time. I do not want to lose my job.
>
> Dave
>
> On Wed, Jun 26, 2019 at 4:33 PM Mia Rodriguez <Mia.Rodriguez@flocorp.com> wrote:
>> Hi Dave,



If you return and there is an available ASD position open, you will be offered that ASD position. However, if none exist, then unfortunately you will be offered a position that is available. Once you are inactive, although you are not terminated, we need to resume business as usual which includes finding coverage for your position since you have not been actively working in it for over 6-months. At this time we have no tentative return date for you and you could be inactive for up to one-year, so for our business needs we had to fill the position. If you are in the inactive status for over one-year, then at that time we would move forward with termination, but you would be eligible for re-hire.

Thank you,

**Mia Rodriguez | HR Business Partner**
Flowers Baking Company of Henderson, LLC
501 Conestoga Way
Henderson, NV 89002
Office: (702) 567-6452 | Cell: (503) 680-5859

**From:** Dave and Shalli <schatz2413@gmail.com>
**Sent:** Wednesday, June 26, 2019 3:22 PM
**To:** Mia Rodriguez <Mia.Rodriguez@flocorp.com>
**Subject:** Re: Leave Status Update

> **REMINDER:** Please do not click links or attachments from unknown senders. Report suspicious emails by clicking on the **"Report Phishing"** icon or forward to phishalert@flocorp.com.

Mia...
You mean I have lost my position as an ASD? When I return will I not be able to return as the ASD for Chula Vista? This is very concerning to me.

Dave

On Wed, Jun 26, 2019 at 2:49 PM Mia Rodriguez <Mia.Rodriguez@flocorp.com> wrote:

Hi Dave,

When you become inactive you do lose all access to our systems because you are not actively working and there is no guarantee that you will return from your extended medical leave. This is also the reason that your benefits and compensation stop. In the meantime we have found coverage for your position and, should you return, you will be placed into an open position that we have available. If you become an active employee again, you will then regain all accesses again.

If you have any additional questions, please feel free to let me know.

Thank you,

**Mia Rodriguez | HR Business Partner**
Flowers Baking Company of Henderson, LLC
501 Conestoga Way
Henderson, NV 89002
Office: (702) 567-6452 | Cell: (503) 680-5859

**From:** Dave and Shalli <schatz2413@gmail.com>
**Sent:** Wednesday, June 26, 2019 12:10 PM
**To:** Mia Rodriguez <Mia.Rodriguez@flocorp.com>

**Cc:** Jennielyn Greenwood <Jennielyn.Greenwood@flocorp.com>
**Subject:** Re: Leave Status Update

> **REMINDER:** Please do not click links or attachments from unknown senders. Report suspicious emails by clicking on the **"Report Phishing"** icon or forward to **phishalert@flocorp.com**.

Hello Mia and Jennielyn...

Recently I noticed I was unable to check my work email from my company cell phone. I check my email periodically so that I don't have hundreds of emails when I return to work. I spoke with our service center today, only to find out I do not exist in the system. Is this because you show me as inactive? Am I not allowed to check my emails? Am I doing something wrong?

Dave

> On Jun 10, 2019, at 4:36 PM, Mia Rodriguez <Mia.Rodriguez@flocorp.com> wrote:
>
> Thank you for the update David!
>
> **Mia Rodriguez | HR Business Partner**
> Flowers Baking Company of Henderson, LLC
> 501 Conestoga Way
> Henderson, NV 89002
> Office: (702) 567-6452 | Cell: (503) 680-5859
>
> **From:** Dave and Shalli <schatz2413@gmail.com>
> **Sent:** Friday, June 7, 2019 5:32 PM
> **To:** Mia Rodriguez <Mia.Rodriguez@flocorp.com>
> **Cc:** Jennielyn Greenwood <Jennielyn.Greenwood@flocorp.com>
> **Subject:** Re: Leave Status Update
> **Importance:** High
>
> > **REMINDER:** Please do not click links or attachments from unknown senders. Report suspicious emails by clicking on the **"Report Phishing"** icon or forward to **phishalert@flocorp.com**.
>
> Just letting everyone know that I would like to remain an employee of Flowers Baking. I am still under doctors care and understand I am considered on inactive medical leave status. I look forward to returning to work upon my full recovery.
>
> Thank you for your patience and understanding...
>
> Dave
>
> > On May 2, 2019, at 2:46 PM, Mia Rodriguez <Mia.Rodriguez@flocorp.com> wrote:
> >
> > Hi Dave,
> >
> > I wanted to reach out because you are coming up on your 6-month mark under your approved medical leave, so I wanted to make you aware that your employment status with us will change at that time. Your employment will not be terminated; you will be placed in

3
CONFIDENTIAL

FBCofH000275

an inactive medical leave status effective **05/26/2019**. All compensation and benefits will cease. However, if you elected to purchase Long-Term Disability coverage (LTD), your LTD benefits may begin at this time, if approved pending your claim filing. To maintain medical leave status, you must contact the Human Resources Department on or before the 10th day of each month commencing with the 7th month of the leave regarding your intent to remain on leave status. Failure to do so will be deemed voluntary resignation of employment.

If you have any questions, please feel free to contact me.

Thank you,

**Mia Rodriguez | HR Business Partner**
Flowers Baking Company of Henderson, LLC
501 Conestoga Way
Henderson, NV 89002
Office: (702) 567-6452 | Cell: (503) 680-5859