**EXHIBIT 15**

| From: | Mia Rodriguez |
|---|---|
| Sent: | Wednesday, September 25, 2019 4:08 PM |
| To: | Dave and Shalli |
| Cc: | Raul Olivas; Lily Cass |
| Subject: | Position Offer |
| Attachments: | Schatz, David - TOS Offer Letter.pdf; Territory Operations Specialist.pdf |
| Importance: | High |

| Tracking: | Recipient | Read |
|---|---|---|
| | Dave and Shalli | |
| | Raul Olivas | Read: 9/25/2019 5:43 PM |
| | Lily Cass | Read: 9/25/2019 4:23 PM |

Hi Dave,

I know you are tentative to return on Monday 09/30/19, so I wanted to reach out with some information regarding your return. First, in order for you to be able to return to work we will need a note from your doctor indicating that you have been fully released to return with an effective date.

As I mentioned before, once you return from inactive status you may return to your previous position if available, however if it is no longer available then we would offer an available open position to you. We currently do not have any open Area Sales Director (ASD) positions available at this time, but we have an open Territory Operations Specialist (TOS) position that we can offer to you *(job offer and description attached for your review)*. If an ASD position opens up after your return, you may apply for it at that time. If you choose to accept the TOS position, you will be trained in the position. Currently that position is covering a route in the territory, so after your training is completed you would be taking over for covering the route until further notice. If you decide to not accept this position, then the Company would take that as your formal resignation.

Please feel free to let me know if you have any questions.

Thank you,

**Mia Rodriguez | HR Business Partner**
Flowers Baking Company of Henderson, LLC
501 Conestoga Way
Henderson, NV 89002
Office: (702) 567-6452 | Cell: (503) 680-5859



EXHIBIT 23
Schatz