# EXHIBIT 16



# Flowers Baking Co.
of Henderson, LLC

September 25, 2019

Mr. David Schatz

Dear David,

We are pleased to offer you the position of Territory Operations Specialist at an hourly rate of $20.00 per hour, in which you will also be eligible for overtime in accordance with state and federal laws. You will also be eligible for the Flowers Foods yearly bonus plan with a potential bonus amount of 5.0% of your annual earnings. You will also be eligible for medical benefits after you have successfully completed 30-days of employment.

If accepted, your hire date in this position will be Monday September 30, 2019. This position also comes with a standard 90-day trial period.

Employment with the Company is on an at-will basis, which means that either you or the Company may end the relationship at any time, with or without cause.

We are excited to have you join the Flowers Baking Company of Henderson, LLC team. If you have any questions, please feel free to contact us.

Sincerely,

Raul Olivas
Market Vice President
Flowers Baking Company of Henderson, LLC

ACCEPTED:

_____    9-27-2019
David Schatz                      Date



EXHIBIT
24
Schatz