**EXHIBIT 17**



# SHARP Rees-Stealy Medical Group

## Medical Excuse Form.

**Name:** SCHATZ, DAVID E.  **DOB:** 03/13/1962
**MRN#:** 3012837  **Gender:** M

**Note Owner:** CURT S. THOMAS DPM
**Specialty:** Podiatry
**Date of Encounter:** 10/25/2019

### Sharp Rees-Stealy Medical Group Medical Excuse Form

DAVID SCHATZ was evaluated and treated on 10/25/2019.
He is medically excused from work/school effective 10/25/2019 .
Expected return to work/school without limits 11/04/2019.

**Signatures**
Electronically signed by : CURT THOMAS, DPM; Oct 25 2019  3:40PM PST (Author)

This document is privileged and confidential, and is intended for those individuals personally involved in the care of individual patients who may be identifiable from this information. All other use or disclosure is strictly prohibited unless specifically and legally authorized.