# EXHIBIT 18



# Medical Excuse Form.

**Name:** SCHATZ, DAVID E.  
**MRN#:** 3012837  
**DOB:** 03/13/1962  
**Gender:** M  

**Note Owner:** CURT S. THOMAS DPM  
**Specialty:** Podiatry  
**Date of Encounter:** 10/28/2019  

**Sharp Rees-Stealy Medical Group Medical Excuse Form**

DAVID SCHATZ was evaluated and treated on 10/28/2019.
He is medically excused from work/school effective 10/28/2019 .
Expected return to work/school with limits 11/05/2019.
He may return to work/school with the limitations listed below effective 11/04/2019.
He may return to work/school effective 11/25/2019.
**Work/School Comments:** Excused from work 10/25 Thru 11/03/19.
**Work/PE/Sports Limitations:**
No prolonged standing or walking
Elevate injured extremity to decrease swelling
No repetitive climbing, bending or twisting
Sedentary work only
No forceful pushing or pulling
**Work/PE/Sports Limitations:** Light duty 11/04/2019 through 11/24/2019

**Signatures**
Electronically signed by : CURT THOMAS, DPM; Oct 28 2019  7:46AM PST (Co-participant)

This document is privileged and confidential, and is intended for those individuals personally involved in the care of individual patients who may be identifiable from this information. All other use or disclosure is strictly prohibited unless specifically and legally authorized.