# EXHIBIT 19

---------- Forwarded message ----------
From: **Mia Rodriguez** <Mia.Rodriguez@flocorp.com>
Date: Wed, Oct 30, 2019 at 5:04 PM
Subject: RE: Medical Excuse...
To: Dave and Shalli <schatz2413@gmail.com>
CC: Jennielyn Greenwood <Jennielyn.Greenwood@flocorp.com>

Hi Dave,

Unfortunately with the restriction of sedentary work only, we will not be able to accommodate that in this position. Since you will be out for more than the 7 days originally determined, please make sure you reach out to the Hartford to begin an STD claim.

Thank you,

**Mia Rodriguez | HR Business Partner**

Flowers Baking Company of Henderson, LLC

501 Conestoga Way

Henderson, NV 89002

Office: (702) 567-6452 | Cell: (503) 680-5859

**From:** Dave and Shalli <schatz2413@gmail.com>
**Sent:** Monday, October 28, 2019 9:39 AM
**To:** Mia Rodriguez <Mia.Rodriguez@flocorp.com>
**Subject:** Re: Medical Excuse...

> REMINDER: Please do not click links or attachments from unknown senders. Report suspicious emails by clicking on the **"Report Phishing"** icon or forward to phishalert@flocorp.com.

Good morning Mia...

I met with Dr. Thomas early this morning. Dr. Thomas examined me and prepared a new Medical Excuse Form, please see attached. As I stated last week in my email, I am willing to perform any activities from home you deem feasible. In addition, please let me know if you can accommodate my limitations when I am released to return to work.

Thank you for patience and understanding.

Dave

On Mon, Oct 28, 2019 at 9:20 AM Mia Rodriguez <Mia.Rodriguez@flocorp.com> wrote:

> Thank you David. Please let us know if you have any additional updates after your appointment today.
>
> Thanks!
>
> **Mia Rodriguez | HR Business Partner**
>
> Flowers Baking Company of Henderson, LLC
>
> 501 Conestoga Way
>
> Henderson, NV 89002
>
> Office: (702) 567-6452 | Cell: (503) 680-5859
>
>
> **From:** Dave and Shalli <schatz2413@gmail.com>
> **Sent:** Saturday, October 26, 2019 6:22 PM
> **To:** Mia Rodriguez <Mia.Rodriguez@flocorp.com>
> **Subject:** Medical Excuse...

> REMINDER: Please do not click links or attachments from unknown senders. Report suspicious emails by clicking on the **"Report Phishing"** icon or forward to phishalert@flocorp.com.

Hello Mia...

Attached is my medical excuse you requested. I have a follow up appointment with my doctor this Monday October 28th. I may have more to report at that time.

David Schatz

Schatz - 000085