**EXHIBIT 20**

EXHIBIT

32 / Schatz

**JOB DESCRIPTION**

**POSITION TITLE:**     Territory Operations Specialist
**MAJOR DEPARTMENT:**     Sales
**SUB-DEPARTMENT GROUP:**     Not Applicable
**REPORTS TO:**     Area Sales Director

**POSITION SUMMARY**

Position is responsible for supporting the Sales and Distributor Enablement organizations by providing oversight and direction in the execution of all deliveries to and daily operations of warehouses, as well as activities that contribute to the creation of a world class sales organization through continuous improvement. The Territory Operations Specialist will be responsible for operating open distribution territories and providing continuity of service to customers. The Territory Operations Specialist shall further develop and execute orientation, mentoring, and educational opportunities to Independent Distributors (IDs) and assist the company in its sales initiatives.

**POSITION RESPONSIBILITIES/MAJOR DUTIES:**

- Operate company-owned territories

- Possess the skills, qualifications, licenses, and certifications necessary to operate a commercial motor vehicle with a weight in excess of 10,000 pounds

- Provide territory-specific orientation and shadowing for Prospective Distributors (PDs)

- Develop and implement mentoring and educational opportunities for IDs

- Implement "Superior Quality Always" by maintaining Flowers Foods Safety and internal audit standards to ensure a secure and food-safe environment

- Exercise discretion and independent judgment in carrying out job duties

- Manage equipment inventories, basket resets, and store reset events

- Create strategies to support company sales initiatives to achieve growth and revenue goals as well as meet all KPIs

- Responsible for customer development while operating open distribution territories with regard to ordering, merchandising, and display opportunities

- Ensure compliance with all company policies and procedures (EEO, Sexual Harassment, Sarbanes – Oxley, Safety, etc.)

- Perform other duties which are deemed to be an integral part of the position, including but not limited to fulfillment of work schedules, adherence to attendance policies, and other applicable operating rules, policies and procedures.

**ESSENTIAL JOB FUNCTIONS/REQUIREMENTS**

| | |
|---|---|
| LICENSE | Valid state driver's license and safe driving record. Must be able to acquire and maintain a DOT Medical Card |
| MOBILITY | Physically capable of movement to and within all sales and manufacturing facilities, other company related facilities, community facilities and customer locations |
| | Ability to frequently lift/carry products weighing approximately 25 lbs. as well as the ability to push/pull up to 50 pounds regularly. |
| SENSORY | Ability to view product and determine adherence to quality control standards (size, shape, color, cut, etc.) |
| COMMUNICATION | Ability to successfully provide a high level of customer service and solve customer issues as they arise. Excellent communication (written and oral) skills |
| ATTENDANCE | Ability to attend work on a regular and consistent basis, working scheduled hours and overtime as needed. |
| OTHER | Excellent organizational skills with a high attention to detail |

**DESIRED EXPERIENCE**

At least 1-year warehouse/distribution management, DSD, or route operations experience preferred. At least 6-months experience leading and influencing others. A combination of training and experience that results in demonstrated competency to perform.

**DESIRED EDUCATION**

High school diploma or equivalent