# EXHIBIT 21

**EXHIBIT**

**35 / Schatz**

exhibitsticker.com

| From: | Mia Rodriguez |
|---|---|
| Sent: | Monday, November 25, 2019 11:57 AM |
| To: | Dave and Shalli |
| Cc: | Jennielyn Greenwood |
| Subject: | ASD Position Available - Canoga Park |
| Attachments: | NOTIFICATION OF INTEREST form.doc |

Hi Dave,

Since you may be released to return back to work soon, I wanted to let you know that we do have an available ASD position. It is located in Northern LA (Canoga Park) so I'm not sure if that location is of interest to you, but I wanted to bring it to your attention. If you are interested in the position, you can submit the attached Notification of Interest form to us and we will pass it on to the hiring manager, Jerry Sattler, for consideration and interview.

We would also need to make sure you're released to return from you medical leave before we can consider you for the position, but since that may be very soon I wanted to let you know.

If you have any questions, please feel free to let us know.

Thank you,

**Mia Rodriguez | HR Business Partner**
Flowers Baking Company of Henderson, LLC
501 Conestoga Way
Henderson, NV 89002
Office: (702) 567-6452 | Cell: (503) 680-5859

CONFIDENTIAL
FBCofH000262