# EXHIBIT 22



# Medical Excuse Form.

**Name:** SCHATZ, DAVID E.  
**MRN#:** 3012837  
**DOB:** 03/13/1962  
**Gender:** M

**Note Owner:** CURT S. THOMAS DPM  
**Specialty:** Podiatry  
**Date of Encounter:** 12/05/2019

### Sharp Rees-Stealy Medical Group Medical Excuse Form

DAVID SCHATZ was evaluated and treated on 12/05/2019.  
He may return to work/school effective 12-09-19.  
**Work/School Comments:** Patient is cleared to return to work on 12-09-2019 with no limitations or restrictions of any kind.

### Signatures
Electronically signed by : CURT THOMAS, DPM; Dec 5 2019 7:56AM PST (Author)

This document is privileged and confidential, and is intended for those individuals personally involved in the care of individual patients who may be identifiable from this information. All other use or disclosure is strictly prohibited unless specifically and legally authorized.