**EXHIBIT 23**

EXHIBIT

45 / Schatz

exhibitsticker.com

FROM THE DESK OF
# DAVID SCHATZ

December 20, 2019

Flowers Baking Company of Henderson, LLC.
501 Conestoga Way
Henderson, NV. 89002

To Whom it May Concern...

I am writing to inform you that I am hereby resigning from my employment, effective immediately. I simply cannot continue to endure the conditions of my current job. I cannot continue to wake up between the hours of 1:00AM and 3:00AM five days a week. I cannot continue to accept the dramatic reduction in my salary. Despite my best efforts to try and work with the company over the last few months, it is clear nothing is going to change. I am 57 years old, and I need to seek alternative means of employment in order to support both my family and my personal wellbeing.

Sincerely,

*[signature]*

David Schatz