**EXHIBIT 24**

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN CALIFORNIA

_____
                             )
DAVID SCHATZ, AN             )
INDIVIUAL,                   )
                             )
                             )
          Plaintiff,         )   Case No.
                             )   3:20-CV-00513-H-LL
     vs.                     )
                             )
FLOWERS BAKING COM. OF       )
HENDERSON, LLC, A NEVADA     )
LIMITED LIABILITY            )
COMPANY; AND DOES 1          )
THROUGH 50, INCLUSIVE,       )
                             )
                             )
          Defendants.        )
_____ )


VIDEO-RECORDED/VIDEOCONFERENCE
DEPOSITION OF DAVID SCHATZ
VOLUME 2
SAN DIEGO, CALIFORNIA
JANUARY 22, 2021

REPORTED BY CYNTHIA DENISE STIRES, CSR NO. 4472

```
 1          UNITED STATES DISTRICT COURT
 2          DISTRICT OF SOUTHERN CALIFORNIA
 3
 4  _____
                             )
 5  DAVID SCHATZ, AN         )
    INDIVIUAL,               )
 6                           )
                             )
 7       Plaintiff,          )    Case No.
                             )    3:20-CV-00513-H-LL
 8       vs.                 )
                             )
 9  FLOWERS BAKING COM. OF   )
    HENDERSON, LLC, A NEVADA )
10  LIMITED LIABILITY        )
    COMPANY; AND DOES 1      )
11  THROUGH 50, INCLUSIVE,   )
                             )
12                           )
         Defendants.         )
13  _____)
14
15       VIDEO-RECORDED/VIDEOCONFERENCE DEPOSITION OF
16  DAVID SCHATZ, commencing at the hour of 12:03 P.M.,
17  Friday, January 22, 2021, at San Diego, California,
18  before Cynthia Denise Stires, Certified Shorthand
19  Reporter in and for the State of California.
20
21
22
23
24
25
```

```
1   APPEARANCES
2   FOR THE PLAINTIFF:
3           Law Office of Matt Blum
            BY:  Matt Blum, Esq.
4           550 West C Street, Suite 960
            San Diego, California 92101
5           860.271.6273
            mblumlaw@gmail.com
6
7           Law Office of Adam O. Stone
            BY:  Adam O. Stone, Esq.
8           411 Camino del Rio South
            San Diego, California  92108
9           619.839.9452
            aostonelaw@gmail.com
10
11  FOR THE DEFENDANT:
12          Ogletree Deakins
            BY:  Frank L. Tobin, Esq.
13               Cody J. Cocanig, Esq.
            4370 La Jolla Village Drive, Suite 990
14          San Diego, California 92122
            858.652.3100
15          frank.tobin@ogletree.com
            cody.cocanig@ogletree.com
16
17  ALSO PRESENT:
18          Kevin Montgomery, Video Technician
19
20
21
22
23
24
25
```

**270**

1  did not like the prospect of leaving.  I didn't think I
2  had a choice.  I felt like what they were putting upon
3  me was almost forcing me out.  And I'm not one just to
4  quit, so it takes a lot.  So I don't think I had a
5  choice.  I felt like my back was against the wall.  I          01:48
6  wrote the letter and turned it in.
7      Q.  **So after you resigned, what did you do on a**
8  **daily basis?  What was your routine?**
9      A.  Good question.  We're talking a year and a
10 few months ago.  It's Christmastime.  I don't -- I              01:48
11 don't -- I maybe slept.  I maybe saw my wife.  I don't
12 recall exactly what I did on a daily basis, Frank.
13     Q.  <u>**When you resigned, did you have an idea of**</u>
14 <u>**what you were going to do for employment?**</u>
15     <u>A.  You know, I'm a salesman.  I sell.  There was</u>         <u>01:48</u>
16 <u>only one other thing I had been trained on, which was</u>
17 <u>real estate.  I still had an active license.  I didn't</u>
18 <u>use it much.  I concentrated my efforts here.</u>
19     Q.  **Did you look for any other jobs after you**
20 **resigned, you know, other than pursuing your real**            01:49
21 **estate career?**
22     A.  I think -- I want to say -- I'm trying to
23 remember when that might have been.  I think -- when
24 was that?  I don't recall the time frame, but this -- I
25 don't know exactly when it was, but I don't -- I can't          01:50