# EXHIBIT 25

EXHIBIT

57 / Schatz

# SHARP Rees-Stealy Medical Group

## FMH Communication

**Name:** SCHATZ, DAVID E.  **DOB:** 03/13/1962
**MRN#:** 3012837  **Gender:** M

**Note Owner:** CURT S. THOMAS DPM
**Specialty:** Podiatry
**Date of Encounter:** 09/04/2019

Message History

Sent: 9/4/2019 4:00:16 PM Pacific Standard Time
Sender: Curt S Thomas, DPM
Subject: RE: return to work check up...
Body: Good afternoon Dave,

I ran your message past Dr. Thomas and it isn't necessary for us to see you prior to returning to work. Good luck going back to work and we'll see you next month for your other procedure.

Take care and have a good day,

AURIELLE G., LVN

Sent: 9/4/2019 9:50:27 AM Pacific Standard Time
Sender: David E Schatz
Subject: RE: return to work check up...
Body: Good morning all...
I am due to return to work at the end of September. My last procedure is scheduled for October. Should I visit you prior to returning to work for one last check up? My foot is a little stiff in the mornings and a little swollen and darkened in the evenings. Granted I have been on my feet a lot these last few days, but then when I return to work I will be on my feet 90% of my days. Just though I should run all this by you.

Thank you again...
Dave

This document is privileged and confidential, and is intended for those individuals personally involved in the care of individual patients who may be identifiable from this information. All other use or disclosure is strictly prohibited unless specifically and legally authorized.