**EXHIBIT 28**

```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA


DAVID SCHATZ, an individual,     )    CERTIFIED COPY
                                 )
         Plaintiff,              )
                                 )
    vs.                          )    Case No. 20cv513-H-LL
                                 )
FLOWERS BAKING CO. OF HENDERSON, )
LLC, and DOES 1-50,              )
                                 )
         Defendants.             )
_____)




              CONFIDENTIAL DEPOSITION OF ADRIAN BYERS

                     THURSDAY, JANUARY 7, 2021

                      APPEARING REMOTELY FROM

                   SAN DIEGO COUNTY, CALIFORNIA








       Reported by Elana Zucconi, CSR No. 9651, RPR, CRR

                        Job No. 707498B
```

```
 1              UNITED STATES DISTRICT COURT

 2             SOUTHERN DISTRICT OF CALIFORNIA

 3

 4  DAVID SCHATZ, an individual,       )
                                       )
 5           Plaintiff,                )
                                       )
 6      vs.                            ) Case No. 20cv513-H-LL
                                       )
 7  FLOWERS BAKING CO. OF HENDERSON,   )
    LLC, and DOES 1-50,                )
 8                                     )
             Defendants.               )
 9  _____)

10

11

12

13

14

15

16

17

18

19

20

21    CONFIDENTIAL DEPOSITION OF ADRIAN BYERS, taken at

22  550 West C Street, Suite 700, San Diego, California, on

23  Thursday, January 7, 2021 at 1:26 p.m., before Elana

24  Zucconi, Certified Shorthand Reporter, in and for the

25  State of California.
```

```
 1   APPEARANCES:

 2


 3   For Plaintiff:

 4           THE LAW OFFICE OF MATT BLUM
             MATT BLUM, ESQ.
 5           550 West C Street, Suite 960
             San Diego, California  92101
 6           860.271.6273
             619.238.1351 Fax
 7           mblumlaw@gmail.com

 8


 9   For Plaintiff:

10           THE LAW OFFICES OF ADAM O. STONE
             ADAM O. STONE, ESQ.  (VIA VIDEOCONFERENCE)
11           411 Camino Del Rio South, Suite 300
             San Diego, California  92108
12           619.839.9452
             aostonelaw@gmail.com
13


14
     For Defendant Flowers Baking Co. of Henderson, LLC:
15
             OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
16           FRANK L. TOBIN, ESQ. (VIA VIDEOCONFERENCE)
             CODY J. COCANIG, ESQ.  (VIA VIDEOCONFERENCE)
17           4370 La Jolla Village Drive, Suite 990
             San Diego, California  92122
18           858.652.3100
             858.652.3101
19           frank.tobin@ogletree.com
             cody.cocanig@ogletree.com
20


21
     ALSO PRESENT:  DAVID SCHATZ  (VIA VIDEOCONFERENCE)
22


23


24


25
```

1 helpful if David was working even in a part-time
2 capacity as an ASD during that time so that you could
3 focus on completing some of the TOS responsibilities
4 that you had previously been doing?
5     MR. TOBIN: Same objection.
6     THE WITNESS: I can't answer that.
7 BY MR. BLUM:
8     Q    Why not?
9     A    I don't know what the company policy is.
10     Q    I am not worried about the company policy. I
11 am just worried about your perspective, Mr. Byers.
12     A    We can always use more help.
13     Q    Okay. At some point in the summer of 2019, I
14 believe around June, do you recall being told that your
15 job title had changed?
16     A    Yes.
17     Q    And what was the new job title that you were
18 given?
19     A    ASD.
20     Q    And did you receive a pay raise at that time?
21     A    No.
22     Q    Did you receive any formal change to your
23 position in terms of new training?
24     A    No.
25     Q    Did you receive any new company benefits?

```
 1      A    Other than participate in the bonus program.
 2      Q    So you became eligible for a bonus program?
 3      A    Yes.
 4      Q    But your salary did not change?
 5      A    Correct.
 6      Q    Have you ever been paid any money under that
 7  bonus program?
 8      A    Yes.
 9      Q    Other than being made eligible for a bonus
10  program, did any other formal aspect of your job change
11  when you were told you were an ASD?
12           MR. TOBIN:  Objection; vague and ambiguous,
13  foundation.
14           THE WITNESS:  No.
15  BY MR. BLUM:
16      Q    Did you ever ask for a pay raise when you were
17  made an ASD?
18      A    No.
19      Q    Why not?
20      A    Because I was never asked to take a pay
21  decrease when I was made a TOS.
22      Q    So you essentially were earning the same amount
23  of money that you had been earning as an ASD before
24  going down to a TOS, it just never changed?
25      A    Correct.
```