# EXHIBIT 29

EXHIBIT

42 / Schatz

exhibitsticker.com

David Schatz to: Raul Olivas

10/21/2015 06:59 PM

Hey Raul...

I picked up your voicemail a few minutes ago and just called you and left a voicemail. I also wanted to follow up with an email while I shower, grab a quick bite, and grab my work clothes for tomorrow. I will heading back over to cover for my brother and then reporting to work at 2:00AM as you directed. Given the outcome of today's meeting, should I need emergency time off in the future, I will utilize a bereavement day, a personal day, or a vacation day. I do not want to jeopardize my position with Flowers moving forward. Upon my brother's arrival, I will return to work to complete a full shift.

Dave Schatz
Branch Sales Manager
Flowers Baking Company of Henderson Llc.
Direct Line (619) 410-3209

*We Are Nature's Baker.*

 **Flowers Baking Co.**
of Henderson, LLC