# EXHIBIT 30

| | |
|---|---|
| Message | |
| From: | Mia Rodriguez [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=343CF49CBAF64D67BF061C6D6D34034D-SO4K01] |
| Sent: | 3/8/2019 3:31:20 PM |
| To: | Raul Olivas [raul.olivas@flocorp.com] |
| CC: | Jennielyn Greenwood [jennielyn.greenwood@flocorp.com]; Lily Cass [lily.cass@flocorp.com] |
| Subject: | David Schatz - Update |

Hi Raul,

We received David's updated doctor's note today and he has been released to work, however with strict limitations (sedentary work only for a maximum of 2-hours per day). Per our conversation this morning, we cannot accommodate his restrictions at this time, so he will most likely not be returning to work on Monday. We have not received an update on how much longer he will be out, but once we receive that information we will pass it along to you.

Thank you!

**Mia Rodriguez | Assistant HRBP**
Flowers Baking Company of Henderson, LLC
501 Conestoga Way
Henderson, NV 89002
Office: (702) 567-6452 | Cell: (503) 680-5859