**EXHIBIT 31**

**Cc:** Gretchen Peterson <Gretchen.Peterson@flocorp.com>
**Subject:** RE: Medical Excuse...

I think I need a little history on him before I can weigh in.

Why was he on inactive status to begin with? Is this a continuation of the same injury or is it a new injury?

Under what basis was he returned to work from inactive status?

Did we do an accommodations analysis on him at that time? (Why were we led to believe that he could return to work only to go back out less than 30 days later?)

---

**From:** Gretchen Peterson
**Sent:** Monday, October 28, 2019 11:55 PM
**To:** Stephanie Siceloff <Stephanie.Siceloff@flocorp.com>
**Cc:** Mia Rodriguez <Mia.Rodriguez@flocorp.com>
**Subject:** FW: Medical Excuse...

Realized the enclosure did not get included in my prior email.
Thanks,
Gretchen

**Gretchen Peterson | Regional HR Business Partner**
Dave's Killer Bread/Flowers Foods
5209 SE International Way
Milwaukie, OR 97222
Office: 503-335-8077x357 | Cell: 971-832-4781

---

**From:** Mia Rodriguez
**Sent:** Monday, October 28, 2019 11:53 AM
**To:** Gretchen Peterson <Gretchen.Peterson@flocorp.com>
**Subject:** FW: Medical Excuse...

Hi Gretchen,

I received a new doctor's note from one of our CA employees who recently returned from inactive status. On Friday we spoke about him and at that time he advised that he would be going out for a procedure with a one-week recovery. Today, I received a new note and now he has restrictions that I don't believe we can accommodate in his position (He is a Territory Operations Specialist and is currently running a distributor route, but his restrictions are for sedentary work only). Now he will have a tentative return date of 11/25/19, so I wanted to reach out to discuss finding possible coverage for him and how that process should work?

This is a unique situation in that he originally went out on medical leave effective 11/26/18. He became inactive effective 05/27/19 and just returned back to work on 09/30/19. So he hasn't been back as an active employee for 30-days yet either.

Thank you!

**Mia Rodriguez | HR Business Partner**
Flowers Baking Company of Henderson, LLC
501 Conestoga Way

Henderson, NV 89002
Office: (702) 567-6452 | Cell: (503) 680-5859

**From:** Dave and Shalli <schatz2413@gmail.com>
**Sent:** Monday, October 28, 2019 9:39 AM
**To:** Mia Rodriguez <Mia.Rodriguez@flocorp.com>
**Subject:** Re: Medical Excuse...

> REMINDER: Please do not click links or attachments from unknown senders. Report suspicious emails by clicking on the "Report Phishing" icon or forward to phishalert@flocorp.com.

Good morning Mia...
I met with Dr. Thomas early this morning. Dr. Thomas examined me and prepared a new Medical Excuse Form, please see attached. As I stated last week in my email, I am willing to perform any activities from home you deem feasible. In addition, please let me know if you can accommodate my limitations when I am released to return to work.

Thank you for patience and understanding .

Dave

On Mon, Oct 28, 2019 at 9:20 AM Mia Rodriguez <Mia.Rodriguez@flocorp.com> wrote:

Thank you David. Please let us know if you have any additional updates after your appointment today.

Thanks!

**Mia Rodriguez | HR Business Partner**

Flowers Baking Company of Henderson, LLC

501 Conestoga Way

Henderson, NV 89002

Office: (702) 567-6452 | Cell: (503) 680-5859

**From:** Dave and Shalli <schatz2413@gmail.com>
**Sent:** Saturday, October 26, 2019 6:22 PM
**To:** Mia Rodriguez <Mia.Rodriguez@flocorp.com>
**Subject:** Medical Excuse...

> REMINDER: Please do not click links or attachments from unknown senders. Report suspicious emails by clicking on the "Report Phishing" icon or forward to phishalert@flocorp.com.

CONFIDENTIAL    FBCofH000312

Hello Mia...

Attached is my medical excuse you requested. I have a follow up appointment with my doctor this Monday October 28th. I may have more to report at that time.


David Schatz