**EXHIBIT 32**

| | |
|---|---|
| **From:** | Stephanie Siceloff [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E7BD4590B5924CFEB71717010822CF2E-STEPHANIE S] |
| **Sent:** | 11/1/2019 11:25:24 AM |
| **To:** | Mia Rodriguez [mia.rodriguez@flocorp.com] |
| **Subject:** | RE: Medical Excuse... |

Thank you. Please document your discussions with Raul and Lily.

---

**From:** Mia Rodriguez
**Sent:** Friday, November 1, 2019 1:34 PM
**To:** Stephanie Siceloff <Stephanie.Siceloff@flocorp.com>
**Cc:** Gretchen Peterson <Gretchen.Peterson@flocorp.com>
**Subject:** RE: Medical Excuse...

Hi Stephanie,

I spoke with Raul and Lily and in his position there is not enough work he could do from home to keep him occupied for 8 hours per day, or even 4 hours per day. I will let David know that we are unable to accommodate his request as you stated below and I will also let him know that since this is a continuation from his previous medical leave that we will be placing him on inactive status again.

In regards to his benefits, I believe they may have started back effective 09/30/19, but in BenefitFocus it is showing he declined coverage with the exception of the company provided benefits (STD and Basic Life).

Thank you,

**Mia Rodriguez | HR Business Partner**
Flowers Baking Company of Henderson, LLC
501 Conestoga Way
Henderson, NV 89002
Office: (702) 567-6452 | Cell: (503) 680-5859

---

**From:** Stephanie Siceloff
**Sent:** Thursday, October 31, 2019 11:02 AM
**To:** Mia Rodriguez <Mia.Rodriguez@flocorp.com>
**Cc:** Gretchen Peterson <Gretchen.Peterson@flocorp.com>
**Subject:** FW: Medical Excuse...

His asking to work from home was a request for accommodation and as such we are obligated to do the interactive process with him or on his behalf. So, he can't do his TOS position from home. Is there anything "real" job that Mr. Schatz could do from home? Please inquire about that and document who you spoke to and what was said. Then, if we can't accommodate that request, please call him and let him know something along the lines of:

"We appreciate your wanting to work from home since you are incapable of working. Your position requires that you be in the market and we are unable to accommodate your request to work from home."

I assume that you restarted his benefits when he returned to work? He should just go back out of work and I'm trying to find out if we need to continue his benefits or if he should be returned to full inactive status.

---

**From:** Stephanie Siceloff
**Sent:** Thursday, October 31, 2019 1:45 PM