Frank L. Tobin CA Bar No. 166344
frank.tobin@ogletree.com
Alison K. Adelman CA Bar No. 306629
alison.adelman@ogletree.com
**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
4370 La Jolla Village Drive, Suite 990
San Diego, CA 92122
Telephone: 858-652-3100
Facsimile: 858-652-3101

Attorneys for Defendant, FLOWERS BAKING CO. OF HENDERSON, LLC

Matt Blum, Esq.
mblumlaw@gmail.com
**THE LAW OFFICE OF MATT BLUM**
550 West C. Street, Suite 960
San Diego, CA 92101
Telephone: 860-271-6273
Facsimile: 619-238-1351

Attorneys for Plaintiff, DAVID SCHATZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCHATZ an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FLOWERS BAKING CO. OF HENDERSON, LLC, a Nevada limited liability company; and DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | Case No. 3:20-cv-00513-H-LL<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: February 11, 2020<br>Trial Date:　　　November 30, 2021<br><br>District Judge:　　Hon. Marilyn L. Huff<br>Magistrate Judge: Hon. Linda Lopez |

48549837_1.docx

Case No. 3:20-cv-00513-H-LL
JOINT NOTICE OF SETTLEMENT

Plaintiff David Schatz and Defendant Flowers Baking Co. of Henderson, LLC hereby jointly advise the Court that they have agreed to settle this matter. The parties are working towards fully executing the settlement agreement, and will file a Stipulation of Dismissal of the action, with prejudice, as soon as possible. The parties request the Court take all trial-related dates off calendar.

DATED: September 16, 2021    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Frank L. Tobin
Frank L. Tobin
Alison K. Adelman
Attorneys for Defendant, FLOWERS BAKING CO. OF HENDERSON, LLC

DATED: September 16, 2021    THE LAW OFFICE OF MATT BLUM

By: /s/ Matt Blum
Matt Blum
Attorneys for Plaintiff, DAVID SCHATZ

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Matt Blum, counsel for Plaintiff, and that I have obtained Mr. Blum's authorization to affix his electronic signature to this document.

By: /s/ *Frank L. Tobin*
Frank L. Tobin

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 16, 2021.

By: */s/ Frank L. Tobin*
Frank L. Tobin

48549837.1