# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCHATZ, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FLOWERS BAKING CO. OF HENDERSON, LLC, a Nevada limited liability company; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:20-cv-00513-H-LL<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS AND RETAINING JURISDICTION**<br><br>[Doc. No. 71.] |

　　　　On September 16, 2021, Plaintiff David Schatz and Defendant Flowers Baking Co. of Henderson, LLC (collectively, the "Parties") filed a notice of settlement. (Doc. No. 68.) On October 20, 2021, the Parties filed a joint motion to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and requested that this Court retain jurisdiction to enforce the terms of the settlement agreement. (Doc. No. 71.) For good cause shown, the Court grants the Parties' joint motion and dismisses this case with prejudice. The Court exercises its discretion to retain jurisdiction in this matter to resolve any disputes between the Parties with respect to the enforcement of the settlement

agreement.  <u>Kokkonen v. Guardian Life Ins. Co. of Am.</u>, 511 U.S. 375, 381 (1994); <u>K.C. ex rel. Erica C. v. Torlakson</u>, 762 F.3d 963, 967 (9th Cir. 2014).

The Parties did not address the allocation of costs in their motion or stipulation.  Each party will bear its own attorneys' fees and costs unless the settlement agreement provides otherwise.

**IT IS SO ORDERED.**

DATED:   October 26, 2021

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT